JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARTIROSYAN, | Case No. 2:21-cv-7893-PA (MAR) |
| Plaintiff, | |
| v. | JUDGMENT |
| L.A.S.D., ET AL., | |
| Defendant(s). | |

Pursuant to the Order re: Voluntary Dismissal, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** without prejudice.

Dated:  January 18, 2022

_____
PERCY ANDERSON
United States District Judge